RECEIVED
IN MONROE, LA

OCT 26 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUIS.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MORRIS C. JOHNSON | CIVIL ACTION NO. 07-0601 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 28], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Attorney's Fees and Expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412, [Doc. No. 25] filed by Plaintiff Morris Johnson is hereby GRANTED IN PART and DENIED IN PART, and that the Commissioner shall pay attorney fees in the amount of $11,018.75 (9.25 hours at $125.00 per hour, plus 65.75 hours at $150.00 per hour) to Plaintiff's attorney.

THUS DONE AND SIGNED this 23 day of October 2009 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE